IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DESHAWN MALONE,** | 2:03-CV-00363 FCD KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **CORRECTIONAL OFFICER MARTINEZ,** | |
| Defendant. | |

The court, having considered defendant's request for an extension of time to file an opposition to plaintiff's motion to compel discovery, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendant shall be granted an extension of time, to and including thirty days from the date of this order, to file his opposition to plaintiff's motion to compel discovery.

Dated: April 12, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Order

1