IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DESHAWN MALONE,** | 2:03-cv-0363 FCD KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **CORRECTIONAL OFFICER MARTINEZ,** | |
| Defendant. | |

The Court, having considered Defendant's request for leave to file a late opposition to Plaintiff's motion to compel discovery, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendant's opposition to Plaintiff's motion to compel is deemed timely. Plaintiff is granted twenty days within which to file a reply to defendant's opposition.

Dated: June 15, 2006.

_____
UNITED STATES MAGISTRATE JUDGE