IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DESHAWN MALONE,

        Plaintiff,                    No. CIV S-03-0363 FCD KJM P

    vs.

CORRECTIONAL OFFICER MARTINEZ,

        Defendant.            ORDER
_____/

        Defendant requests to be relieved from filing a pretrial statement. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendant's August 23, 2006 request to be relieved from filing a pretrial statement is granted; and

/////
/////
/////
/////
/////
/////
/////

2. The court will set a deadline for the filing of defendant's pretrial statement after the court resolves the other matters pending including petitioner's March 13, 2006 motion to compel discovery.

DATED: August 29, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

---

1
malo0363.pts