IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DESHAWN MALONE,** | 2:03-cv-00363 FCD KJM P |
| Plaintiff, | **ORDER GRANTING REQUEST FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **CORRECTIONAL OFFICER MARTINEZ,** | |
| Defendant. | |

The Court, having considered Defendant's request for leave to file a motion for summary judgment, and good cause having been found:

**IT IS HEREBY ORDERED**: The Court will accept and consider Defendant's motion for summary judgment.

Dated: November 3, 2006.

_____
U.S. MAGISTRATE JUDGE

1