UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Sacramento)

| | |
|---|---|
| DESHAWN MALONE,<br><br>　　　　Plaintiff - Appellant,<br>v.<br><br>DAVID L. RUNNELS, Warden; et al.,<br><br>　　　　Defendants - Appellees. | No.  07-16587<br>D.C. No.  CV-03-00363-FCD<br><br><br>ORDER |

This appeal has been taken in good faith　[✓]

This appeal is not taken in good faith　　[  ]

Explanation: _____

_____

_____

_____

_____
Judge
United States District Court

Date: 10/17/07

*FILED OCT 17 2007 — CLERK, U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA, BY DEPUTY CLERK*